UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORIS FREYRE,

    Plaintiff,

vs.                                Case No. 8:13-cv-2873-T-27TBM

SHERIFF DAVID GEE, as Sheriff of the
Hillsborough County Sheriff's Office, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Motion for Leave of Court to Compel Video Deposition Testimony of Dr. Karolina Dembinski for Trial (Dkt. 215), which Plaintiff opposes (Dkt. 217). Upon consideration, the Motion (Dkt. 215) is **GRANTED**. Defendants are permitted to perpetuate the testimony of Dr. Dembinski for use at trial pursuant to Federal Rules of Civil Procedure 32(a)(4)(B).[1] The deposition is restricted in accordance with the Pretrial Order and Procedures Applicable to Civil Jury Trials (Dkt. 214) and shall be taken as if Dr. Dembinski is testifying live and in the presence of the jury.

**DONE AND ORDERED** this 15th day of February, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[1] Rule 32 provides that "[a] party may use for any purpose the deposition of a witness . . . if . . . the witness is more than 100 miles from the place of hearing or trial[.]"

1